## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 09 B 44562 |
| Anthony R. Abri | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Hearing Date: February 9, 2010 |
| | ) | Time: 9:30 a.m. |

### ORDER

This matter coming to be heard on the Vision on State Condominium Association's Motion to Modify Automatic Stay, due notice having been given, and the Court being fully advised in the premises, and having found that cause exists for relief from the automatic stay,

IT IS HEREBY ORDERED that the automatic stay in this case as it applies to the Vision on State Condominium Association is hereby modified to permit the Vision on State Condominium Association to (1) exercise, pursue and enforce any and all remedies available to it under Illinois law, *IN REM*, including but not limited to forcible entry and detainer, against Units 1603-05, R327 and R329 in the Vision on State Condominium Association for non-payment of pre and post petition condominium common expense assessments and related charges with respect to Units 1603-05, R327 and R329, (2) to defend in any foreclosure action brought for Units 1603-05, R327 and R329. ~~and (3) Rule 4001(a)(3) is not applicable and that Vision on State Condominium Association may immediately enforce and implement the order granting relief from the automatic stay.~~

Dated: February 9, 2010

ORDERED:

_____
Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Matthew J. Goldberg
Attorney for Creditor
Vision on State Condominium Association
555 Skokie Boulevard, Suite 500
Northbrook, Illinois 60062
(847) 897-5744