Certificate Number: 11760-ILN-DE-009459298

Bankruptcy Case Number: 09-44562

### CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 1, 2010 , at 10:01 o'clock AM PST ,

Anthony Abri completed a course on personal financial

management given by internet by

123 Debtor.com, LLC ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois .

Date: January 1, 2010          By      /s/Jennifer L Walter

                               Name   Jennifer L Walter

                               Title    Teacher